FRANK BONIFANTI v. THERESA BONIFANTI.

September 30, 1975. Petition for certification denied.

JOHN RETZ v.
MAYOR & COUNCIL OF TOWNSHIP OF SADDLE RIVER.

September 30, 1975. Petition for certification granted.
(See 134 *N. J. Super.* 290)

STATE OF NEW JERSEY v. JESSE LEE CRAWFORD.

September 30, 1975. Petition for certification denied.

IN THE MATTER OF
THE PROBATE OF THE ALLEGED WILL OF MAX MALECKI.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR POMERANTZ.

September 30, 1975. Petition for certification denied.

CLAIRE LIBONATI v. ELIZABETH WOOLARD.

September 30, 1975. Petition for certification denied.